# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:12cv82

| | |
|---|---|
| **JOHN CARLAND, and PATRICIA CARLAND,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RICKEY H. JORDAN, and SAMMONS TRANSPORTATION, INC. d/b/a SAMMONS TRUCKING,** ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion to Substitute Mediator [# 14]. Upon consideration of the motion and the record, the Court **GRANTS** the motion [# 14]. The Court **DIRECTS** the Clerk to **SUBSTITUTE**:

Fred Barbour
Cloniger, Barbour, Searson & Jones, P.L.L.C.
21 Battery Park Avenue
Suite 201
Asheville, North Carolina 28801
(828) 252-5555

as the Mediator in this case in place of William Brazil.

Signed: July 18, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge