# United States District Court
# For The Western District of North Carolina
# Asheville Division

John Carland et al,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                1:12-cv-00082

Sammons Transportation, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/8/12 Order.

                                                Signed: August 9, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court